# United States District Court
# for the District of Columbia

**FILED**

JUN 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    WAIVER OF INDICTMENT

**Denard A. Smith**

CASE NUMBER: 06-0150 (HHK)

I, **Denard A. Smith**, the above named defendant, who is accused of **Demanding and 'Accepting Gratuities, Title 18, United States Code, Sections 201(c)(1)**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **June 19, 2006**, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Henry H. Kennedy
United States District Court Judge