U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

BERNARD A. SMITH :

: Case No. 1:06-cr-150 (HHK)

:

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___19th___ day of ___June 2006___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by ___Special Agent Andrew M. Benjamin, F.B.I.,___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ___Special Agent Benjamin___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (Magistrate) Henry H. Kennedy, Jr.

COURT

DOJ USA-16-1-80