UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-150 (HHK) |
| | : | |
| **DENARD SMITH,** | : | |
| | : | |
| **Defendant** | : | |

### UNOPPOSED MOTION TO EXTEND THE FILING DATE OF SENTENCING MEMORANDUM

Mr. Denard Smith, the defendant, through undersigned counsel, respectfully moves this Honorable Court to extend the filing date of his sentencing memorandum, which is currently set for August 28, 2006. In support of this motion, counsel states:

On June 19, 2006, Mr. Smith plead guilty to a One Count, Information charging him with Demand and Accepting Gratuities, in violation of 18 U.S.C. § 201 (c)(1). At that time, the matter was referred to the Probation Office for a PreSentence Investigation. An initial draft of the PreSentence Report was prepared and disclosed to the parties on July 28, 2006. Undersigned counsel responded to the Receipt and Acknowledgment of the PreSentence Investigation Report on August 14, 2006, and government counsel responded on August 15, 2006. As of today, a final PreSentence Report has yet to be issued by the Probation Office.

Undersigned counsel was informed by the Probation Office that the final version of Mr. Smith's PreSentence Report was awaiting supervisory approval and that the final report should be issued after securing the necessary supervisory signatures. It is anticipated that the final PreSentence Report will be received by counsel in the next few days.

Further, this Court directed the parties to file any memorandum in aid of sentencing by

August 28, 2006.  See Minute Docket entry for proceedings held on 6/19/06.  In light of the fact that Mr. Smith has not received the final version of the PreSentence Report, Mr. Smith requests an additional amount of time to file sentencing memorandum.

On the behalf Mr. Smith, and in the interest of justice, undersigned counsel requests that the date in which to file sentencing memorandum be extended four days.  Further, the government, per Assistant United States Attorney Timothy Lynch, does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

　/s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500