UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Cr. No. 06-150 (HHK) |
| : | |
| **DENARD SMITH,** : | |
| : | |
| **Defendant** : | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Extend the Filing Date of Sentencing Memorandum, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the sentencing memorandum in this matter be filed no later than _____, 2006.

**IT IS SO ORDERED** this _____ day of _____, 2006.

THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Timothy Lynch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531