# ATTACHMENT

Darlene C. Middleton
5612 Chesterfield Drive
Camp Springs, Maryland 20748
301-449-3553
August 28, 2006

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Kennedy,

My son, Denard A. Smith recently entered a plea to a charge of Receiving Illegal Gratuities.

Since childhood, Denard has always been what I consider a conscientious person with high moral standards.

He attended school regularly, maintained very good grades and subsequently graduated from high school.

He continuously maintained employment and has been the foundation of support of his three children. He often accompanies them to recreational activities such as movies, dance classes, playgrounds.

He has been granted legal custody of one of his children after he intervened in alleged child abuse at the hands of the child's other parent. He plays an important part in his children's education, often assisting them with their schoolwork and taking them to the library.

He has always had a good demeanor and a very good relationship with friends and family.

In his spare time, he often goes to a recreation center and participates in basketball competition.

Denard often talked enthusiastically about his plans to make his employment with the District of Columbia government a career and seeing his children graduate from high school and attend college.

Your Honor, Although my son has made a mistake, he has displayed a great sense of remorse for his actions.

He is generally a law-abiding person with a high standard of moral and ethical principles.

-2-

I am certain that he would never intentionally commit an offense of this nature again.

Your consideration of the foregoing when determining his sentence will be greatly appreciated.

Thanks in advance for your attention to my request.

Yours Truly,

Darlene C. Middleton

William Middleton
5612 Chesterfield Drive
Camp Springs, Maryland 20748
301-449-1410

August 28, 2006

Honorable Henry H. Kennedy
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

Your Honor,

I am the stepfather of Denard A. Smith, who recently entered a plea to Receiving Illegal Gratuities and who is scheduled to be sentenced by you in the near future.

I have known Denard since childhood. He is known as a person of good morals and principles.

My perception of Denard has been that he is a very dedicated worker and has always displayed great interest in family, giving lots of attention to his three children by providing the nurturing care they need for their upbringing.

He is a kindhearted person who is willing to render assistance to those in need.

He often visits my residence with his children and allows them to play in my back yard.

He has been granted legal custody of one of his children due to alleged abuse and has worked very hard with the child to relieve the trauma of not having the presence of the other parent.

I was surprised to learn of his situation, being that Denard is known to be a person of good behavior and a law abiding citizen..

Knowing Denard's character, I have no doubt that he would never again commit such a violation of the law.

Accordingly, I pray that the court consider the foregoing when sentencing Denard Smith.

Sincerely,

William Middleton

6705 Elmhurst Street
Forestville, MD 20747
August 30, 2006

The Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Kennedy,

Our names are Robert L. Smith & Stephanie Y. Smith, we are the parents of Denard Smith, we are writing this letter to ask for **LENIENCY** for our son Denard Smith when you make your final ruling regarding his case. We know and understand what Denard did was unprofessional and wrong and Denard knows this too! We raised Denard to the best of our ability to be a good law abiding and upstanding citizen. Denard has always done well in all of his endeavors. Denard knows right from wrong and for him to behave in such a manner was not only shocking but embarrassing to him and our family. Why Denard took this course of action we do not understand, a question, he will have to answer for the rest of his life. Denard has always been a hard worker no-matter what job he was doing. Denard fought and won custody of his son, Denard A. Smith, Jr. a few years ago. Denard is a single parent and has been raising his son since the early age of 5 yrs of age Denard Jr. is now 12 years old. Denard not only attends all of his son's school functions but he has Denard Jr. playing football yearly an activity which he and his son can do together as father and son. Denard is the loving father of 2 more children, Diaria 5 yrs of age and DJ nearly 2 years old. Denard pays child support for both children and usually have them (all 3 children) on the weekends leaving him sometimes only 1 free weekend a month for himself.

Denard along with our other children (6 siblings) and grandchildren (22 grands) attended From The Heart Church Ministries (then known as Full Gospel AME Zion Church) as a child. Denard has his religious base and his character when growing as a child was one of fairness. We're not trying to make Denard to be a saint because every now and then he did get into trouble but nothing that brought shame or hurt to himself or his family.

We make **NO** excuse for what our son has done, we are only asking that you have **MERCY** on him, we truly do believe this incident will have a **LONG LASTING LIFE CHANGING EFFECT** on Denard. He didn't need that money and believe me Denard will **NEVER** do this again. What he did was a crime and he's **SORRY**. Denard has lost a job that he was very proud of, loved and respected. We love Denard and we pray that you will have **MERCY** on him for Denard has **TRULY** seen the error of his way. Peace!

Respectively submitted,

Robert & Stephanie Smith/Parents

Sonya T. Smith
5616 Lansing Drive
Camp Springs, MD  20748
August 29, 2006

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, NW
Washington, DC  20001

Dear Judge Kennedy,

I am writing you on behalf of my brother Denard Smith, Sr.  The purpose of this letter is not to make excuses for him.  Denard fully understands the ramifications of his actions and is prepared to make amends to society.  My purpose here is to give you another side to my brother and his character.

Your Honor, my brother, Denard, is a very kind and generous man.  We come from a very close-knit single parent home.  While we may not have had many materialistic things growing up, we did have an overabundance of love.  From our mother we learned that love was what mattered most.  We also learned to be there for each other and that was a lesson he learned very well.  He is always there for you when you need him.

The best example of that is his being there for his oldest son when he needed him most.  My nephew was in the custody of his mother and she was abusing him.  The long and short of it, Sir, is that she had a new man and new kids and no time for my nephew.  After the third reported instance of abuse by his second grade teacher, social services were called to take my nephew away from her.  Now at the time his mother hadn't been allowing my brother to see his child.  This was particularly devastating to them both, your Honor, as for all of the child's life, he was with his father every weekend.  So my brother took it upon himself to take leave regularly and visit his son on their lunch breaks.  He was determined that his child knew how much he loved him.  During these visits he developed a wonderful relationship with my nephew's teacher as well.  And it was through that relationship that my brother received the call about social services.  He was granted temporary custody and took my nephew home with him.  His way of living changed instantly, your Honor, and he accepted the challenge.  He went from single man to single parent with grace.  He fought for full custody of his child and they live together today.  He eventually fought for joint custody of his daughter and he has his second son with him regularly as well.  Denard even fills in as a father figure for my daughter as I am a single parent myself.  He is a wonderful father and his children love him as deeply as he loves them.

He is not a perfect, Sir, and I know that his debt must be paid.  I just wanted to give you more insight into my brother Denard as you consider what his sentence will be.  I appreciate you for taking the time to read this letter, Judge Kennedy.

Sincerely,

Sonya T. Smith

# From the desk
## of
# *MARVIN McFADDEN*

      I am writing to you on behalf of my friend, Mr. Denard Smith. I have had a working relationship with Denard for over 2 years at the U.S. District of the Department of Transportation. During this time I have come to know Denard on a personal level. We have shared extensively regarding child rearing, family, church, community, future plans, finances, and sports (particularly basketball which he and Little Denard are avid players and fans of the game). To say that Denard is a devoted dad to his three children is a summary of who he is. Everything that he does is to ensure a great life and sure future for them. Anyone who knows him, for even a short period of time, will quickly realize the sincere commitment he has to his children. As a young man, I believe Denard has great potential to be a leader and example to others. He has shown enormous dedication to his family in regards to keeping the family ties and bonds together. He believes strongly in a firm family foundation and works diligently to ensure that his relationship with his siblings, parents, and all others thrive so that future generations will benefit from the roots of all that "family" means.

      Denard has personally shared with me his feelings of embarrassment and remorse. He is painfully aware of the ramifications his actions or lack of actions bear on his family, friends and colleges. A true leader, bears the burden of this life with regrets, disappointments, and upsets. A true leader, also learns and grows from these. I have seen Denard grow and stretch in manhood and have seen him develop because of this into the man I see him as today. A leader.

1201 Buchanan Circle, Fort Washington, MD  20744   (301) 203-5019

August 8, 2006

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kennedy:

Denard Smith has been a personal friend of mines for the past seven years. I am aware of the guilty plea that Mr. Smith has entered and I am still compelled to tell you that the crime is totally out of the character of the young man that I know.

Denard Smith is a bright, young father and has always displayed the up most respect for himself, his family and his friends. I have not only had the pleasure of his friendship but I worked with Mr. Smith up until he was terminated from the Department of Transportation in February of this year.

Denard is a bright, intelligent, and hard working individual. He has a family to support and I truly believe that he deserves the chance to continue to be able to support his children and himself. The young man that I've known has always been generous to his family and friends and deserves a chance to redeem himself. He has lost his job and blemished his name and I sincerely believe that Denard would not commit this sort of offense again.

Denard has always been the type of person who has set career goals for himself and I would hate to think that this one offense would be the cause of his entire future being ruined.

I beg you to take the words that I have written in this letter into consideration when rendering your decision with regards to Mr. Smith's punishment. He is a honest young, family orientated man that truly deserves a second chance to be the productive citizen that I know he is.

Sincerely,

Rodney Stewart

August 9, 2006

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Ave., N.W.
Wash., D.C. 20001

Dear Judge Kennedy:

Mr. Denard Smith has been affiliate with me and my family for several years through improving himself by taking on better position threw the District Government. I'm aware of his situation and his plea of guilt to the situation, I'm hear to say I truly believe that Mr. Smith was out of character and it's something he truly regrets being the family man that I know.

Mr. Smith is a good person who has made a mistake that not only affects him, but also affects his children, who he is a great Dad, and who I have learn to have more patience with my own son by his example of parenthood.

Deaard and I work together for The Dept. Of Transportation untill his termination this year, I like to say he is an intelligent person, even thou I'm older than Mr. Smith I learned how to be a better Dad, I've learned how to set short term as well as long term goals for myself and my family.

Honorable Judge Kennedy, I plea to you to give this young man another chance when you render your decision, he's bright, loyal father & friend, honest, remorseful, he deserves a second chance in society, in fact he has only made one other mistake in life and that is being a fan of the Dallas Cowboys, but seriously I truly believe he will be productive in life, thanks.

Sincerely,

James McCreary