**HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-0150</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Smith, Denard | : | Disclosure Date: <u>July 3</u>... |

**FILED**

SEP 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                                                       **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

(✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Denard A. Smith_    8/8/06      _Hani Jahr_    8/8/06
**Defendant**             **Date**            **Defense Counsel**       **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>August 15, 2006</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
        United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

August 14, 2006

Sherry Brandon
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

Re:  United States v. Denard Smith
     Criminal No.: 06-150 (HHK)

Dear Ms. Brandon:

Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated July 28, 2006.

**Objections and Comments**

1. Mr. Smith requests that Page 2 of the Presentence Report reflect that Mr. Smith is also reachable via his cellular phone. His cell phone number is 202-701-8735.

2. Mr. Smith requests that Paragraph 2 on Page 3 of the Presentence Report be modified to reflect that Mr. Smith has agreed to pay restitution (not Ms. Garner).

3. Mr. Smith requests that Paragraph 41 on Page 8 of the Presentence Report be modified to reflect that Mr. Smith keeps "Diarra," not Ms. Keisha Hill.

4. Mr. Smith requests that Page 12 of the Presentence Report be modified to include the financial information that Mr. Smith provided and faxed to the probation office.

5. Mr. Smith objects to Paragraph 89 on Page 15 of the Presentence Report and requests that it be modified to reflect that the factors under 18 U.S.C. § 3553(a) do warrant a "variance" from the applicable guideline range. The Court may consider the defendant's lack of criminal history, his strong family ties and responsibilities, and the lack of need for correctional

treatment as it related to the kinds of sentences available.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc: Timothy Lynch
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530