UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-150 (HHK) |
| | : | |
| **DENARD SMITH,** | : | |
| | : | |
| **Defendant** | : | |

### MOTION TO MODIFY CONDITIONS OF PROBATION
### AND SUPPORTING MEMORANDUM

Denard Smith, through undersigned counsel, respectfully requests that this Court modify his term of probation which requires him to serve six months on home detention with electronic monitoring pursuant to Rule 32.1(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3563 (c).

The statute governing the modification of a condition of supervised release, 18 U.S.C. § 3563 (c), provides that the court may "modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the conditions of probation."

On September 6, 2006, this Court sentenced Mr. Smith a five year term of probation with the special condition that he serve the first six months of his sentence on home detention with electronic monitoring. This Court departed from the applicable guideline range in this case, at least in part due to his family obligations and circumstances. As the Court may recall, Mr. Smith has sole custody of his twelve year old son, Denard Smith, Jr. As the only provider for his son, Mr. Smith is responsible for all child rearing.

The requirements of the electronic monitoring program only allow up to four hours of unscheduled leave from the residence, mainly for the purpose of shopping and errand running. Mr. Smith was using this four hour time slot to transport his son to and from his son's extracurricular activities. It appears that this four hour time slot is insufficient to meet the needs of his son's activities. Therefore, Mr. Smith request that he be granted an additional four hours per week in order to adequately care for his son.

On behalf of Mr. Smith, undersigned counsel contacted his supervising United States Probation Officer, Mr. Danny Thomas, and he indicated that he does not take a position on this motion.

WHEREFORE, it is respectfully requested that, in the interests of justice, the Court grant Mr. Smith's Motion for Modification of his Probation pursuant to 18 U.S.C. § 3563 (c), and Rule 32.1(c) of the Federal Rules of Criminal Procedure. Mr. Smith requests that his condition of probation be modified to allow him four additional hours in order to care for his son, Denard Smith, Jr.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

  /s/
Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004
202-208-7500