UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-150 (HHK) |
| | : | |
| **DENARD SMITH,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of Defendant Denard Smith's Motion to Modify a condition of his Probation so that he may have an additional four hours outside the confines of his electronic monitoring requirement and it appearing to the Court that good cause exists for the modification, it is this _____ day of _____, 2006, hereby

ORDERED that the motion is granted.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Danny Thomas
U.S. Probation Officer
333 Constitution Ave., N.W.
Washington, D.C. 20001