PROB 12B-ORDER-DC
(Rev. 03/07)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. **Denard Smith**                                    Docket No.: **06 CR150-01**

## REQUEST FOR COURSE OF ACTION
### (Modification of Conditions)

COMES NOW **Tanya E. Boone**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Denard Smith**, who was placed on Supervised Probation by the **Honorable Henry H. Kennedy, Jr**, United States District Judge, sitting in the Court at Washington, D.C., on the **6** day of September, 2006, who fixed the period of probation at **5** years, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) serve the first six months of probation on home detention with electronic monitoring; pay the cost of electronic monitoring at the rate of $3.00 per day until the term of home detention is completed.

2) permission to work after the completion of home detention.

3) subject to random drug testing.

4) pay $4,000 in restitution.

5) pay $100 special assessment.

6) pay $2,000 fine.

7) DNA collection

On September 6, 2006, Denard Smith appeared before Your Honor, having pled guilty to Receiving Illegal Gratuities. He was sentenced to five years probation. Probation commenced September 6, 2006, and is scheduled to expire on September 5, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Smith signed the enclosed Probation 49, Waiver of Hearing to Modify Conditions for him to participate and successfully complete outpatient drug aftercare treatment.

Respectfully submitted,

Tanya E. Boone
United States Probation Officer
(202) 565-1427

Approved By:

Shawn A. Suber, Supervising
United States Probation Officer

**Notice of Delivery To Parties:**

| **Prosecuting Attorney** | **Defense Counsel** | **Defendant** |
|---|---|---|
| Timothy G. Lynch | Danielle Jahn | Denard Smith |
| 555 4th Street, NW | 625 Indiana Avenue, NW | 800 Southern Avenue, SE #618 |
| Washington, DC 20001 | Washington, DC 20004 | Washington, DC 20032 |