**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

FILED

OCT 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Denard Smith**                              Docket No.:**CR 06-150**

**REQUEST FOR COURSE OF ACTION**

**PRAYING THE COURT WILL ORDER** that Mr. Smith will participate and successfully complete outpatient drug aftercare treatment.

**ORDER OF COURT**

Considered and ordered this _____ *13th* day of *October*, 2007.

*Henry Kennedy*

Henry H. Kennedy, Jr
**United States District Judge**

*10/13/07*
**Date**